O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#16/17

CIVIL MINUTES - GENERAL

| Case No. | CV 09-8669 PSG (AJWx) | Date | February 26, 2010 |
|---|---|---|---|
| Title | Francisco Ortiz v. Indymac Bank, F.S.B. *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers) Order GRANTING Defendant Indymac Mortgage Services' and Defendant MERS's Motion to Dismiss Plaintiff's Complaint**

Before the Court is Defendant Indymac Mortgage Services' and Defendant Mortgage Electronic Registration Systems, Inc.'s motion to dismiss Plaintiff's complaint or, in the alternative, for summary judgment. The Court finds the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; L.R. 7-15. Having considered the papers submitted in support of the motion, the Court GRANTS the motion.

On October 27, 2009, Plaintiff Francisco Ortiz ("Plaintiff") filed this suit against Defendants Indymac Bank, F.S.B.; Chicago Title Insurance Co.; Indymac Mortgage Services ("IMS"); MTC Financial Inc. doing business as Trustee Corps, erroneously sued as Trustee Corps; and Mortgage Electronic Registration Systems, Inc. ("MERS"). The complaint asserts claims for 1) violation of Cal. Bus. & Prof. Code § 17200, unlawful business practices (TILA); 2) violation of Cal. Bus. & Prof. Code § 17200, unfair business practices; 3) fraudulent omission; 4) violation of Cal. Bus. & Prof. Code § 17200, unlawful business practices (Cal. Fin. Code § 22302); 5) quiet title; 6) rescission based on fraud; 7) unfair debt collection practices; 8) breach of fiduciary duty; 9) breach of contract; 10) breach of the covenant of good faith and fair dealing; 11) declaratory and injunctive relief; and 12) unlawful foreclosure.

On January 8, 2010, Defendants IMS and MERS filed this motion to have all Plaintiff's claims against them dismissed or, in the alternative, for summary judgment ("Motion"). The Motion was noticed for hearing on March 8, 2010. Under Local Rule 7-9, Plaintiff was required to file and serve an opposition to the Motion by February 15, 2010. Plaintiff did not file an

**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#16/17**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8669 PSG (AJWx) | Date | February 26, 2010 |
|---|---|---|---|
| Title | Francisco Ortiz v. Indymac Bank, F.S.B. *et al.* | | |

opposition by that date.[1]  Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file a timely opposition to be consent to the granting of the Motion.  *See* L.R. 7-12.  Accordingly, the Court grants Defendant IMS's and Defendant MERS's Motion to dismiss Plaintiff's complaint.

      Based on the foregoing, the Court dismisses all claims against Defendant Indymac Mortgage Services and Mortgage Electronic Registration Systems, Inc. with leave to amend those claims–and only those claims–within **twenty-one days** of the date of entry of this order.[2]  Failure to amend the claims by the deadline will result in dismissal of the claims with prejudice.

      **IT IS SO ORDERED.**

---

    [1] In fact, Plaintiff filed his opposition on February 23, 2010.  It contains only a passing acknowledgment that it is "tardy."  *See Opp.* 1:26.

    [2] The Court does not grant Plaintiff leave to amend to add parties or claims.